# Kennedy v. The State.

APPEAL from the Circuit Court of Dallas.

Tried before the Hon. A. H. Alston.

No counsel marked as appearing for appellant.

Massey Wilson, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for forgery.

The appeal is dismissed.

Opinion PER CURIAM.